**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00342-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES L. ESTERS,

      Defendant.

---

**MINUTE ORDER**[1]

---

On January 25, 2010, the court was contacted by counsel for the government and counsel for the defendant to reset the Sentencing hearing in this matter.  After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1.  That a Sentencing hearing is set for **March 26, 2010**, at 1:30 p.m. at which time counsel and the defendant shall appear without further notice or order of the court; and

2.  That the telephonic setting conference set for February 2, 2010, is **VACATED**.

Dated:  January 25, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.